AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

DEVONTE WALDRON

          Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICERS JOHN and JANE DOE 1-10, in their official and individual capacities, POLICE OFFICER ORTEGA, in his official and individual capacity, CAPTAIN GOODCHILD, in his official and individual capacity, and JOHN DOES 1-5, whose names are unknown to Plaintiff, but known to the NYPD defendants,

          Defendants.

Civil Action No. 24-cv-8315

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     SEE ADDENDUM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    LAW OFFICES OF FREDERICK K. BREWINGTON
    556 PENINSULA BOULEVARD
    HEMPSTEAD, NEW YORK 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/5/2024

*Signature of Clerk or Deputy Clerk*
Shirley Mora

# DEVONTE WALDRON v. CITY OF NEW YORK, ET.AL.
## ADDENDUM

**DEFENDANTS**

1. **CITY OF NEW YORK**
   Office of Corporation Counsel
   100 Church Street
   New York, New York 10007

2. **NEW YORK CITY POLICE DEPARTMENT**
   One Police Plaza Path
   New York, New York 10038

3. **POLICE OFFICER ORTEGA**
   c/o New York Police Department - 79th Precinct
   Brooklyn, New York 11216

4. **CAPTAIN GOODCHILD**
   c/o New York Police Department - 88th Precinct
   Brooklyn, New York 11205

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: